UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
New Jersey Housing & Mortgage Finance Agency

**Order Filed on April 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Audrey Dixon,

Debtor.

Case No.: 17-35573-KCF

Adv. No.:

Hearing Date: 3/28/2017 @ 10:00 a.m.

Judge: Kathryn C. Ferguson

## ORDER GRANTING STAY RELIEF & RESOLVING OBJECTION TO CONFIRMATION OF PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: April 4, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Document    Page 2 of 2

**(Page 2)**
Debtor:  Audrey Dixon
Case No:  17-35573-KCF
Caption of Order:  ORDER GRANTING STAY RELIEF & RESOLVING OBJECTION TO CONFIRMATION
_____

   This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, New Jersey Housing & Mortgage Finance Agency, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 11 Feeder Street, Trenton, NJ, and it appearing that notice of said objection was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Candyce Smith-Sklar, Esq., attorney for Debtor, and for good cause having been shown

   It is **ORDERED, ADJUDGED and DECREED** that 11 Feeder Street, Trenton, NJ is not part of the bankruptcy estate because it was sold at Sheriff Sale prior to the filing of the instant case, and therefore the automatic stay does not apply;

   It is further **ORDERED, ADJUDGED and DECREED** that New Jersey Housing & Mortgage Finance Agency is permitted  to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue its rights in the land and premises commonly known as 11 Feeder Street, Trenton, NJ; and

   It is further **ORDERED, ADJUDGED and DECREED** that the 14 stay of the order under F.R.B.P. 4001(a)(3) is waived and this order shall have immediate effect; and

   It is further **ORDERED, ADJUDGED and DECREED** that New Jersey Housing & Mortgage Finance Agency may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code; and

   It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.