Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−35573−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Audrey L. Dixon
   11 Feeder Street
   Trenton, NJ 08608

Social Security No.:
   xxx−xx−6663

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 12/21/2017 and a confirmation hearing on such Plan has been scheduled for 06/13/2018.

The debtor filed a Modified Plan on 6/11/2018 and a confirmation hearing on the Modified Plan is scheduled for 7/11/2018@10:00 A.M.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: June 11, 2018
JAN: vpm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-35573-KCF
Audrey L. Dixon                                                       Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 2            Date Rcvd: Jun 11, 2018
                                Form ID: 186             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2018.
```
db          +Audrey L. Dixon,    11 Feeder Street,    Trenton, NJ 08608-1336
lm          +Cenlar Mortgage,    PO Box 77404,    Ewing, NJ 08628-6404
517241758   +Aurora Financial Gr In,    900 N Route 73,    Marlton, NJ 08053-1230
517241760   +CCI/Contract Callers Inc,    Po Box 3000,    Augusta, GA 30914-3000
517241763   +City of Trenton Tax Office,    PO Box 210,    Trenton, NJ 08602-0210
517241766   +Dept Of Ed/582/nelnet,    Attn: Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
517241767   +KML Law Group, PC,    216 Haddon Ave. Suite#406,    Collingswood, NJ 08108-2812
517241769   +Summit Collection Services Inc,    PO Box 306,    Ho Ho Kus, NJ 07423-0306
517241770   +Summit Collection Svcs,    Po Box 306,    Ho Ho Kus, NJ 07423-0306
517241771   +Transnatl,    1162 St Georges Avenue,    Avenel, NJ 07001-1263
517292959   +Trenton Water Works,    City of Trenton,    319 East State St., Room 113,
              Trenton, NJ 08608-1809
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 11 2018 23:29:51     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 11 2018 23:29:47      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517241759   +E-mail/Text: cms-bk@cms-collect.com Jun 11 2018 23:29:21      Capital Management Services, LP,
              698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
517241762   +E-mail/Text: kzoepfel@credit-control.com Jun 11 2018 23:29:53      Central Loan Admin & R,
              P.O. Box 77404,    Trenton, NJ 08628-6404
517241761   +E-mail/Text: kzoepfel@credit-control.com Jun 11 2018 23:29:53      Central Loan Admin & R,
              425 Phillips Blvd,    Ewing, NJ 08618-1430
517241765   +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 11 2018 23:30:33
              Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
              Norwood, MA 02062-2679
517363406    E-mail/PDF: resurgentbknotifications@resurgent.com Jun 11 2018 23:38:08
              LVNV Funding, LLC its successors and assigns as,    assignee of NCOP X, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517241768   +E-mail/Text: bankruptcy@savit.com Jun 11 2018 23:30:40      Savit Coll,    Po Box 250,
              East Brunswick, NJ 08816-0250
517289123   +E-mail/Text: electronicbkydocs@nelnet.net Jun 11 2018 23:29:54
              US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
              Lincoln NE 68508-1911
517282767   +E-mail/Text: bankruptcynotice@westlakefinancial.com Jun 11 2018 23:29:48
              WESTLAKE FINANCIAL SERVICES,    4751 WILSHIRE BLVD,    SUITE 100,    LOS ANGELES CA 90010-3847
517241772   +E-mail/Text: bankruptcynotice@westlakefinancial.com Jun 11 2018 23:29:48
              Westlake Financial Srvs,    Customer Care,    Po Box 76809,    Los Angeles, CA 90076-0809
                                                                                              TOTAL: 11
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517241764    ##+Condor Captl,    165 Oser Av,    Hauppauge, NY 11788-3710
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 11, 2018
                              Form ID: 186             Total Noticed: 22


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Candyce Ilene Smith-Sklar    on behalf of Debtor Audrey L. Dixon mail@njpalaw.com
              Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Westlake Financial Services
               jschwartz@mesterschwartz.com
              Rebecca Ann Solarz    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```