UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

Order Filed on July 2, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

AUDREY L. DIXON,

                Debtor

Case No.: 17-35573-KCF

Judge: Kathryn C. Ferguson

## CONSENT ORDER SETTLING OBJECTION TO CONFIRMATION BY WESTLAKE FINANCIAL SERVICES

The Relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: July 2, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

2

| | |
|---|---|
| Debtor: | Audrey L. Dixon |
| Case No.: | 17-35573-KCF |
| Caption of Order: | Consent Order Settling Objection to Confirmation |

Upon the Objection to Confirmation of Westlake Financial Services ("Westlake"), and whereas the Debtor and Westlake seek to resolve the Objection; it is hereby stipulated and agreed to that:

1. The Debtor owns a 2011 KIA Forte-4 Cyl. Hatchback 5D EX, V.I.N. KNAFU5A28B5336753, securing a lien held by Westlake.

2. Westlake shall be paid $7,093.00 plus 4.00% interest for sixty (60) months shall be paid as a secured claim to Westlake through the Bankruptcy Plan by the Chapter 13 Trustee. Payments will total $7,911.96.

3. The remainder of Westlakes's claim shall be treated as a general unsecured claim.

4. Westlake shall retain its lien on the 2011 KIA Forte-4 Cyl. Hatchback 5D EX until the Debtor completes her Chapter 13 Plan and receives her discharge.

5. This agreement is only binding upon the parties in this instant Chapter 13 case. If not paid in full within this instant Chapter 13 case due to dismissal, termination, or conversion, this agreement is not binding upon the parties.

3
Debtor:            Audrey L. Dixon
Case No.:          17-35573-KCF
Caption of Order:  Consent Order Settling Objection to Confirmation

We hereby Consent to the form and entry of the foregoing Order.

*(signature)*                                      *(signature)*

Candyce Ilene Smith-Sklar, Esquire                 Jason Brett Schwartz, Esquire
Law Offices of Sklar Smith Sklar                   Mester & Schwartz, P.C.
1901 North Olden Avenue                            1333 Race St.
Ewing Professional Park                            Philadelphia, PA 19107
Suite 22                                           Attorney for
Ewing, NJ 08618                                    Westlake Financial Services
Attorney for Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-35573-KCF
Audrey L. Dixon                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1           Date Rcvd: Jul 02, 2018
                         Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2018.
db             +Audrey L. Dixon,    11 Feeder Street,    Trenton, NJ 08608-1336

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2018 at the address(es) listed below:
      Albert Russo    docs@russotrustee.com
      Candyce Ilene Smith-Sklar    on behalf of Debtor   Audrey L. Dixon mail@njpalaw.com
      Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
       dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Jason Brett Schwartz    on behalf of Creditor    Westlake Financial Services
       jschwartz@mesterschwartz.com
      Rebecca Ann Solarz    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
       rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                   TOTAL: 6