UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW OFFICES OF SKLAR SMITH-SKLAR
1901 N. Olden Avenue, Suite 22
Ewing, New Jersey 08618
(609) 882-9800   Fax: (609) 538-1399

Order Filed on June 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Audrey L. Dixon,
                Debtors

| | |
|---|---|
| Case No.: | 17-35573-KCF |
| Adv. No: | |
| Hearing Date: | June 26, 2019 |
| Chief Judge: | Kathryn C. Ferguson |

# ORDER SHORTENING TIME PERIOD
# FOR NOTICE AND SETTING HEARING

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: June 7, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

After review of the application of <u>Candyce Ilene Smith-Sklar, Esq.</u> for the reduction of time for a hearing on <u>Motion to Obtain Credit or Refinance</u> under Fed. R. Bankr. P. 9006(c)(1), and for cause shown, it is

ORDERED as follows:

1. The time period required by Local Bankruptcy Rule 9013-1 or Fed. R. Bankr. P. 2002 or other rule for notice of hearing on <u>MOTION TO OBTAIN CREDIT OR REFINANCE</u> is hereby shortened as set forth herein.

2. Hearing shall be conducted on the aforesaid motion/application on <u>June ~~25~~ 26, 2019 at 9:00 AM</u> in the United States Bankruptcy Court located at <u>402 E. State Street, Trenton, New Jersey, Courtroom No. 2</u>.

3. True copies of this Order, the application for it, and the moving papers shall be served upon <u>Albert Russo, Standing Chapter 13 Trustee; Aura Mortgage Advisors, LLC and all interested parties</u>:

   ☐ Fax   ☒ Regular Mail   ☐ Hand Delivery   ☒ ECF

   ☒ E-mail   ☐ Overnight Mail   ☐ Certified Mail

   and within

   ☐ _____ day(s) of the date hereof, or

   ☒ on the same date as the Order.

4. Immediate telephone notice of entry of this Order shall also be given to said parties. None

5. Any objections to said motion/application:

   ☐ shall be filed and served so as to be received no later than _____

   ☒ may be presented at the hearing

6.     ☒    Court appearances will be required to prosecute said motion/application any objections.

       ☐    Any objector may appear by telephone at the hearing.

       ☐    The hearing will be held by telephone conference call, to be arranged by the applicant.