| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| LAW OFFICES OF SKLAR SMITH-SKLAR<br>1901 N. Olden Avenue, Suite 22<br>Ewing, New Jersey 08618<br>(609) 882-9800   Fax: (609) 538-1399 | Order Filed on June 7, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Audrey L. Dixon,<br>                    Debtors | Case No.:    17-35573-KCF<br><br>Adv. No.:<br><br>Hearing Date :   June 26, 2019<br><br>Chief Judge:    Kathryn C. Ferguson |

# ORDER SHORTENING TIME PERIOD
# FOR NOTICE AND SETTING HEARING

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: June 7, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

After review of the application of <u>Candyce Ilene Smith-Sklar, Esq.</u> for the reduction of time for a hearing on <u>Motion to Obtain Credit or Refinance</u> under Fed. R. Bankr. P. 9006(c)(1), and for cause shown, it is

ORDERED as follows:

1. The time period required by Local Bankruptcy Rule 9013-1 or Fed. R. Bankr. P. 2002 or other rule for notice of hearing on <u>MOTION TO OBTAIN CREDIT OR REFINANCE</u> is hereby shortened as set forth herein.

2. Hearing shall be conducted on the aforesaid motion/application on <u>June 25, 2019</u> [26] at <u>9:00 AM</u> in the United States Bankruptcy Court located at <u>402 E. State Street, Trenton, New Jersey, Courtroom No. 2</u>.

3. True copies of this Order, the application for it, and the moving papers shall be served upon <u>Albert Russo, Standing Chapter 13 Trustee; Aura Mortgage Advisors, LLC and all interested parties</u>:

    ☐ Fax    ☒ Regular Mail    ☐ Hand Delivery    ☒ ECF

    ☒ E-mail    ☐ Overnight Mail    ☐ Certified Mail

    and within

    ☐ _____ day(s) of the date hereof, or

    ☒ on the same date as the Order.

4. Immediate telephone notice of entry of this Order shall also be given to said parties.  None

5. Any objections to said motion/application:

    ☐ shall be filed and served so as to be received no later than _____

    ☒ may be presented at the hearing

2

      6.    ☒  Court appearances will be required to prosecute said motion/application any objections.

           ☐  Any objector may appear by telephone at the hearing.

           ☐  The hearing will be held by telephone conference call, to be arranged by the applicant.

United States Bankruptcy Court
District of New Jersey

In re:                                              Case No. 17-35573-KCF
Audrey L. Dixon                                     Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin            Page 1 of 1         Date Rcvd: Jun 07, 2019
                        Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2019.
db              +Audrey L. Dixon,   11 Feeder Street,   Trenton, NJ 08608-1336

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Candyce Ilene Smith-Sklar    on behalf of Debtor Audrey L. Dixon mail@njpalaw.com,
               r56958@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Westlake Financial Services
               jschwartz@mesterschwartz.com
              Rebecca Ann Solarz    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6