UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Captioned in Compliance with D.N.J. LBR 9004-2©)

**LAW OFFICES OF SKLAR SMITH-SKLAR**
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
Phone: (609) 882-9800   Fax: (609) 538-1399
CANDYCE I. SMITH-SKLAR, ESQ.
*Attorney for Debtor*

In Re:

Audrey L. Dixon

                Debtor



**Order Filed on June 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No: 17-35573-KCF

Chapter 13

Hearing Date: 6/25/19; 9:00 am

Chief Judge: Kathryn C. Ferguson

# ORDER APPROVING THE FINANCE OF PROPERTY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 28, 2019**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

THIS MATTER having come before the Court on the debtor's Motion to Approve Financing with Aura Mortgage Advisors, LLC, and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby

ORDERED that the debtor(s) be and hereby are allowed to enter into a loan agreement for financing of real property located at 11 Feeder Street, Trenton, NJ 08608.
pursuant to the terms outlined in the debtor's certification in support of the refinancing motion; and it is further

ORDERED that debtor(s) are authorized to pay the usual and necessary costs and expenses of settlement; and it is further

ORDERED that the debtor shall:
\_\_\_\_\_ Satisfy all Plan obligations from financing proceeds
\_\_\_\_ Continue to make payments under the Plan as proposed or confirmed
\_X\_ Modify the Plan as follows:
Add real property as secured debt

ORDERED that debtor's counsel be allowed a legal fee of $ **750.00** for representation in connection with this motion, which is to be paid (chose one):
\_\_\_ at closing          \_X\_ through the plan          \_\_\_\_ outside the plan;

and it is further

ORDERED that the chapter 13 trustee shall be provided with a copy of the finance agreement; and it is further

ORDERED that Fed. R. Bankr. P. 6004(g), which provides for a ten (10) day stay of this order,

  X    is applicable          _____ is not applicable


ORDERED that the following other provisions apply:

United States Bankruptcy Court
District of New Jersey

In re:  
Audrey L. Dixon  
    Debtor

Case No. 17-35573-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 01, 2019  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2019.  
db          +Audrey L. Dixon,    11 Feeder Street,    Trenton, NJ 08608-1336

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2019 at the address(es) listed below:

           Albert Russo    docs@russotrustee.com  
           Candyce Ilene Smith-Sklar    on behalf of Debtor Audrey L. Dixon mail@njpalaw.com,  
             r56958@notify.bestcase.com  
           Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency  
            dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
           Jason Brett Schwartz    on behalf of Creditor    Westlake Financial Services  
            jschwartz@mesterschwartz.com  
           Rebecca Ann Solarz    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency  
            rsolarz@kmllawgroup.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                   TOTAL: 6