UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Office of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
Tel: 609 882-9800
Fax: 609 538-1399
Attorney for Debtor

Order Filed on November 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Audrey L Dixon

| | |
|---|---|
| Case No.: | 17-35573 |
| Chapter: | 13 |
| Judge: | Michael B. Kaplan |

## ORDER AUTHORIZING RETENTION OF

Alan H. Schorr

The relief set forth on the following page is **ORDERED**.

DATED: November 6, 2019

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____ Schorr & Associates, PC _____

as _____ Attorney for Audrey Dixon _____ , it is hereby ORDERED:

1.    The applicant is authorized to retain the above party in the professional capacity noted.
      The professional's address is:    5 Split Rock Drive
                                         Cherry Hill, NJ 08003
                                         _____

2.    Compensation will be paid in such amounts as may be allowed by the Court on proper
      application(s).

3.    If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

      ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

      ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter
      13 case. Payment to the professional may only be made after satisfactory completion of
      services.

4.    The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*