**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Office of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
Tel: 609 882-9800
Fax: 609 538-1399
Attorney for Debtor

Order Filed on November 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Audrey L Dixon

Case No.:            17-35573

Chapter:                13

Judge:        Michael B. Kaplan

## ORDER AUTHORIZING RETENTION OF

Alan H. Schorr

The relief set forth on the following page is **ORDERED**.

**DATED: November 6, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____ Schorr & Associates, PC _____

as _____ Attorney for Audrey Dixon _____, it is hereby ORDERED:

1.  The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:   5 Split Rock Drive _____

    Cherry Hill, NJ 08003 _____

    _____

2.  Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.  If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.  The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-35573-MBK
Audrey L. Dixon                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1         Date Rcvd: Nov 06, 2019
                            Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2019.
db              +Audrey L. Dixon,    11 Feeder Street,    Trenton, NJ 08608-1336

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2019 at the address(es) listed below:
            Albert Russo    docs@russotrustee.com
            Candyce Ilene Smith-Sklar    on behalf of Debtor Audrey L. Dixon mail@njpalaw.com,
             r56958@notify.bestcase.com
            Denise E. Carlon    on behalf of Creditor   New Jersey Housing And Mortgage Finance Agency
             dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
            Jason Brett Schwartz    on behalf of Creditor   Westlake Financial Services
             jschwartz@mesterschwartz.com
            Rebecca Ann Solarz    on behalf of Creditor   New Jersey Housing And Mortgage Finance Agency
             rsolarz@kmllawgroup.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 6