**IN THE UNITED STATE BANKRUPTCY COURT**
**District of New Jersey**

TO: JAMES J. WALDRON, CLERK            Case No. 17-35573-MBK
                                        IN RE:   Audrey Dixon

**INFORMATION FOR NOTICE OF PROPOSED SETTLEMENT OF CONTROVERSY**

Candyce I. Smith-Sklar, debtors counsel, proposes to settle a claim and/or action, on the terms described below.

If any creditor or other party in interest has an objection to the sale, the objection and a request for a hearing on such objection shall be in writing, served upon the trustee and filed with the Clerk of the United States Bankruptcy Court.

Such objection and request shall be filed with the Clerk and Served upon the person named below no later than December 4, 2019.

In the event an objection is timely filed, a hearing thereon will be held on December 11, 2019 @ 9:00am

if no objection to the settlement is filed with the Clerk and served upon the person named below as required above on or before twenty days from the date of this notice, the settlement will be consummated as proposed on or after twenty-five days from the date of this notice.

The settlement is as follows:

**NATURE OF THE ACTION**: Employment Discrimination settlement on behalf of Audrey Dixon

**TERMS OF THE SETTLEMENT**: Trustee will accept $550,000 as full settlement of the claim. This includes Attorney's fees & costs to Schorr & Associates, P.C. in the amount of $275, 000.00 subject to Bankruptcy Court approval; this includes expenses in the amount of $7,301.02. Net recovery of the debtor's estate to pay claims of creditors in the amount of $1,453.14. Remaining settlement proceeds to be distributed to debtor in the amount of $273,546.86.

Request for additional information about the nature of the action or the terms of the settlement should be directed to:

**DEBTORS ATTORNEY:**                   **CHAPTER 13 TRUSTEE**
CANDYCE I. SMITH-SKLAR, ESQ.            ALBERT RUSSO, TRUSTEE
1901 N. Olden Avenue, Suite 22          1 AAA Drive, Suite 101
Ewing, NJ 08618                         Robbinsville, NJ 08691
Tel: 609 882-9800                       Tel: 609 587-6888
Fax: 609 538-1399                       Fax: 609 587-9676

**SUBMITTED BY:** /s/Candyce I. Smith-Sklar, Esquire
Candyce I. Smith-Sklar, Esquire
Attorney for Debtor

## STATEMENT OF SETTLEMENT

## AUDREY DIXON

**Received in settlement of PI Case**......................................................................$550,000.00

**Expenses to be reimbursed during the pendency of case**...............................$

**Expenses to be withheld for future expenses**.................................................. $

**Attorney's Fee**..............................................................................................$275,000.00

**Net Amount to Ms. Dixon**............................................................................$275,000.00

**Proceeds of Settlement to the Chapter 13 Estate to pay all
unsecured claims in full**...................................................................................$1,453.14.

**The claims to be paid are as follows**: 4 and 5.

**FINAL AMOUNT TO DEBTOR**....................................................................$273,546.86

I have read the above and agreed to the disbursements as outlined.  The debtor understand that if there are any outstanding bills, the debtor is responsible for them.


/s/Audrey Dixon                             /s/Alan H. Schorr
AUDREY DIXON                            ALAN H SCHORR


Dated: November 5, 2019

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-35573-MBK
Audrey L. Dixon                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Nov 25, 2019
                              Form ID: pdf905          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2019.
```
db            +Audrey L. Dixon,    11 Feeder Street,    Trenton, NJ 08608-1336
lm            +Cenlar Mortgage,    PO Box 77404,    Ewing, NJ 08628-6404
517241758     +Aurora Financial Gr In,    900 N Route 73,    Marlton, NJ 08053-1230
517241763     +City of Trenton Tax Office,    PO Box 210,    Trenton, NJ 08602-0210
517241767     +KML Law Group, PC,    216 Haddon Ave. Suite#406,    Collingswood, NJ 08108-2812
517241769     +Summit Collection Services Inc,    PO Box 306,    Ho Ho Kus, NJ 07423-0306
517241770     +Summit Collection Svcs,    Po Box 306,    Ho Ho Kus, NJ 07423-0306
517241771     +Transnatl,    1162 St Georges Avenue,    Avenel, NJ 07001-1263
517292959     +Trenton Water Works,    City of Trenton,    319 East State St., Room 113,
                Trenton, NJ 08608-1809
517282767     +WESTLAKE FINANCIAL SERVICES,    PO Box 141419,    Irving, TX 75014-1419
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 26 2019 00:10:43     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 26 2019 00:10:38     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517241759     +E-mail/Text: cms-bk@cms-collect.com Nov 26 2019 00:10:14     Capital Management Services, LP,
                698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
517241762     +E-mail/Text: kzoepfel@credit-control.com Nov 26 2019 00:10:45     Central Loan Admin & R,
                P.O. Box 77404,    Trenton, NJ 08628-6404
517241761     +E-mail/Text: kzoepfel@credit-control.com Nov 26 2019 00:10:45     Central Loan Admin & R,
                425 Phillips Blvd,    Ewing, NJ 08618-1430
517241765     +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 26 2019 00:11:21
                Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
                Norwood, MA 02062-2679
517241766     +E-mail/Text: electronicbkydocs@nelnet.net Nov 26 2019 00:10:45     Dept Of Ed/582/nelnet,
                Attn: Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
517363406      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 26 2019 00:16:23
                LVNV Funding, LLC its successors and assigns as,    assignee of NCOP X, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517241768     +E-mail/Text: bankruptcy@savit.com Nov 26 2019 00:11:24     Savit Coll,    Po Box 250,
                East Brunswick, NJ 08816-0250
517289123     +E-mail/Text: electronicbkydocs@nelnet.net Nov 26 2019 00:10:45
                US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                Lincoln NE 68508-1911
517873472     +E-mail/Text: peritus@ebn.phinsolutions.com Nov 26 2019 00:11:26
                Westlake - C/O Peritus Portfolio Services,    P.O. Box 141419,    Irving, TX 75014-1419
517241772     +E-mail/Text: bankruptcynotice@westlakefinancial.com Nov 26 2019 00:10:40
                Westlake Financial Srvs,    Customer Care,    Po Box 76809,    Los Angeles, CA 90076-0809
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517241760     ##+CCI/Contract Callers Inc,    Po Box 3000,    Augusta, GA 30914-3000
517241764     ##+Condor Captl,    165 Oser Av,    Hauppauge, NY 11788-3710
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                                     Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                 Page 2 of 2            Date Rcvd: Nov 25, 2019
                              Form ID: pdf905             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Candyce Ilene Smith-Sklar    on behalf of Debtor Audrey L. Dixon mail@njpalaw.com,
               r56958@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Westlake Financial Services
               jschwartz@mesterschwartz.com
              Rebecca Ann Solarz    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```