Case 17-35573-MBK    Doc 79    Filed 12/27/19    Entered 12/27/19 13:18:04    Desc Main
Document      Page 1 of 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Captioned in Compliance with D.N.J. LBR 9004-2©)**

**LAW OFFICES OF SKLAR SMITH-SKLAR**
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
Phone: (609) 882-9800   Fax: (609) 538-1399
CANDYCE I. SMITH-SKLAR, ESQ.
*Attorney for Debtor*

In Re:

Audrey L. Dixon

                    Debtor



**Order Filed on December 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No: 17-35573-MBK

Chapter 13

Hearing Date: 12/11/19; 9:00 am

Judge:   Michael B. Kaplan

# ORDER APPROVING THE PROPOSED COMPROMISE OR SETTLEMENT OF CONTROVERSY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 27, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

THIS MATTER having come before the Court on the debtor's Motion to Approve Proposed Compromise or Settlement of Controversy, and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby

ORDERED that the debtor(s) Motion for Proposed Compromise or Settlement of Controversy is hereby granted pursuant to the terms of settlement outlined herein;
and it is further

ORDERED that **administrative fees** owed to debtor's counsel are to be paid in full in the amount of **$1,368.00**; and

FURTHER ORDERED that **secured, priority and unsecured claims** # 1, 3, 4 and 5 are to be paid in full in the amount of **$8,904.23**; and

FURTHER ORDERED that debtor's counsel be allowed a legal fee of $ **1,000.00** for representation in connection with this motion and all related motions upon a fee application, which is to be paid (chose one):

____ at closing             _X_ through the plan             ____ outside the plan;

and it is further

ORDERED that the chapter 13 trustee shall be provided with a copy of the settlement agreement; and it is further

ORDERED that the following other provisions apply: