UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Captioned in Compliance with D.N.J. LBR 9004-2©)

**LAW OFFICES OF SKLAR SMITH-SKLAR**
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
Phone: (609) 882-9800   Fax: (609) 538-1399
CANDYCE I. SMITH-SKLAR, ESQ.
*Attorney for Debtor*

In Re:

Audrey L. Dixon

Debtor



**Order Filed on December 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No: 17-35573-MBK

Chapter 13

Hearing Date: 12/11/19; 9:00 am

Judge:   Michael B. Kaplan

# ORDER APPROVING THE PROPOSED COMPROMISE OR SETTLEMENT OF CONTROVERSY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 27, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

THIS MATTER having come before the Court on the debtor's Motion to Approve Proposed Compromise or Settlement of Controversy, and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby

ORDERED that the debtor(s) Motion for Proposed Compromise or Settlement of Controversy is hereby granted pursuant to the terms of settlement outlined herein;
and it is further

ORDERED that **administrative fees** owed to debtor's counsel are to be paid in full in the amount of **$1,368.00**; and

FURTHER ORDERED that **secured, priority and unsecured claims** # 1, 3, 4 and 5 are to be paid in full in the amount of **$8,904.23**; and

FURTHER ORDERED that debtor's counsel be allowed a legal fee of $ **1,000.00** for representation in connection with this motion and all related motions upon a fee application, which is to be paid (chose one):

____ at closing          __X__ through the plan          ____ outside the plan;

and it is further

ORDERED that the chapter 13 trustee shall be provided with a copy of the settlement agreement; and it is further

ORDERED that the following other provisions apply:

```
                          United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                              Case No. 17-35573-MBK
Audrey L. Dixon                                                     Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1              Date Rcvd: Dec 27, 2019
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2019.
db             +Audrey L. Dixon,    11 Feeder Street,    Trenton, NJ 08608-1336

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Candyce Ilene Smith-Sklar    on behalf of Debtor Audrey L. Dixon mail@njpalaw.com,
               r56958@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   New Jersey Housing And Mortgage Finance Agency
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor   Westlake Financial Services
               jschwartz@mesterschwartz.com
              Rebecca Ann Solarz    on behalf of Creditor   New Jersey Housing And Mortgage Finance Agency
               rsolarz@kmllawgroup.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 6