Form cscnodsc − ntccsclsnodis

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−35573−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Audrey L. Dixon
   11 Feeder Street
   Trenton, NJ 08608

Social Security No.:
   xxx−xx−6663

Employer's Tax I.D. No.:

**NOTICE OF CASE CLOSED WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐   Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423)
     proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423)
     proving compliance with the instructional course requirement for discharge.

☑   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations
     due have been paid.

☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations
     due have been paid.

☐   Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case
     commenced within 8 years before the date of the filing of the petition.

☐   Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a
     case commenced within 8 years before the date of the filing of the petition.

☐   Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during
     the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy
     Code during the 2 year period preceding the date of the petition.

☐   Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy
     Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13
     of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the
     Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: April 16, 2020
JAN: gan

                                        Jeanne Naughton
                                        Clerk

```
                            United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 17-35573-MBK
Audrey L. Dixon                                                 Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Apr 16, 2020
                              Form ID: cscnodsc        Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2020.
db             +Audrey L. Dixon,    11 Feeder Street,    Trenton, NJ 08608-1336
lm             +Cenlar Mortgage,    PO Box 77404,    Ewing, NJ 08628-6404
517241758      +Aurora Financial Gr In,    900 N Route 73,    Marlton, NJ 08053-1230
517241763      +City of Trenton Tax Office,    PO Box 210,    Trenton, NJ 08602-0210
517241764      +Condor Captl,    165 Oser Av,    Hauppauge, NY 11788-3710
517241767      +KML Law Group, PC,    216 Haddon Ave. Suite#406,    Collingswood, NJ 08108-2812
517241769      +Summit Collection Services Inc,    PO Box 306,    Ho Ho Kus, NJ 07423-0306
517241770      +Summit Collection Svcs,    Po Box 306,    Ho Ho Kus, NJ 07423-0306
517241771      +Transnatl,    1162 St Georges Avenue,    Avenel, NJ 07001-1263
517292959      +Trenton Water Works,    City of Trenton,    319 East State St., Room 113,
                 Trenton, NJ 08608-1809
517282767      +WESTLAKE FINANCIAL SERVICES,     PO Box 141419,   Irving, TX 75014-1419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 17 2020 01:39:48      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 17 2020 01:39:47      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517241759      +E-mail/Text: cms-bk@cms-collect.com Apr 17 2020 01:39:31      Capital Management Services, LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
517241762      +E-mail/Text: kzoepfel@credit-control.com Apr 17 2020 01:39:50      Central Loan Admin & R,
                 P.O. Box 77404,    Trenton, NJ 08628-6404
517241761      +E-mail/Text: kzoepfel@credit-control.com Apr 17 2020 01:39:50      Central Loan Admin & R,
                 425 Phillips Blvd,    Ewing, NJ 08618-1430
517241765      +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 17 2020 01:40:12
                 Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
                 Norwood, MA 02062-2679
517241766      +E-mail/Text: electronicbkydocs@nelnet.net Apr 17 2020 01:39:50      Dept Of Ed/582/nelnet,
                 Attn: Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
517363406       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2020 01:36:53
                 LVNV Funding, LLC its successors and assigns as,     assignee of NCOP X, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517241768      +E-mail/Text: bankruptcy@savit.com Apr 17 2020 01:40:16      Savit Coll,    Po Box 250,
                 East Brunswick, NJ 08816-0250
517289123      +E-mail/Text: electronicbkydocs@nelnet.net Apr 17 2020 01:39:50
                 US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                 Lincoln NE 68508-1911
517873472      +E-mail/Text: peritus@ebn.phinsolutions.com Apr 17 2020 01:40:17
                 Westlake - C/O Peritus Portfolio Services,    P.O. Box 141419,    Irving, TX 75014-1419
517241772      +E-mail/Text: bankruptcynotice@westlakefinancial.com Apr 17 2020 01:39:48
                 Westlake Financial Srvs,    Customer Care,   Po Box 76809,   Los Angeles, CA 90076-0809
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517241760     ##+CCI/Contract Callers Inc,    Po Box 3000,   Augusta, GA 30914-3000
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                               Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Apr 16, 2020
                              Form ID: cscnodsc        Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2020 at the address(es) listed below:
              Albert    Russo     docs@russotrustee.com
              Candyce Ilene Smith-Sklar     on behalf of Debtor Audrey L. Dixon mail@njpalaw.com,
               r56958@notify.bestcase.com
              Denise E. Carlon     on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Jason Brett Schwartz     on behalf of Creditor    Westlake Financial Services
               jschwartz@mesterschwartz.com
              Rebecca Ann Solarz     on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 6
```